**No. 39343.**—Protests 840464–G, etc., of J. Eisenberg Co., Inc., et al. (Buffalo, etc.).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39344.**—Protests 829314–G, etc., of J. Benitez Cintes et al. (San Juan, etc.).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39345.**—Protests 949598–G, etc., of Standard Oil Co. of New Jersey et al· (New York).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

SEPTEMBER 7, 1938

**No. 39346.**—Protest 936469–G of Irving Ross. Abstract 39156. Application by plaintiff for rehearing granted.

SEPTEMBER 8, 1938

**No. 39347.**—Protests 827994–G, etc., of R. H. Macy & Co., Inc. Abstract 38761. Application by plaintiff for rehearing granted.

BEFORE THE FIRST DIVISION, SEPTEMBER 14, 1938

**No. 39348.**—Protests 912957–G, etc., of Geo. Borgfeldt Corporation et al. (Baltimore, etc.).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39349.**—Protests 787924–G, etc., of V. W. Davis et al. (Duluth, etc.).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.